THOMAS J. HAYWARD, as Surviving Partner of the Firm of BARTLETT, HAYWARD AND COMPANY, Appellant, *v.* EMPIRE STATE SUGAR COMPANY, Defendant, and OLANDO F. THOMAS, Respondent.

*Hayward* v. *Empire State Sugar Co.,* 105 App. Div. 21, affirmed.
(Argued February 25, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1905, affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover upon a promissory note.

*E. W. Hamm* for appellant.

*Charles T. Ennis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.

---

JAMES SARGENT, Respondent, *v.* ST. MARY'S ORPHAN BOYS' ASYLUM et al., Appellants, Impleaded with Others.

(Submitted March 2, 1908; decided March 10, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 190 N. Y. 394.)